**WILLIAM NORKUNAS,**

      **Plaintiff,**

**v.**

**CENTRO HERITAGE SPE 4, A Foreign**
**LLC, & CENTRO US MANAGEMENT**
**JOINT VENTURE 2,**

      **Defendants.**

**ORDER GRANTING MOTION**
**FOR ADMISSION *PRO HAC VICE***
**OF PETE M. MONISMITH**

      **THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff William Norkunas for admission *pro hac vice* of Pete M. Monismith, and it appearing to the Court under Local Rule 83.1(B) that Mr. Monismith should be admitted *pro hac vice* as representing Plaintiff William Norkunas.

      **IT IS THEREFORE ORDERED** that the motion is granted and that Pete M. Monismith is admitted to practice before this Court *pro hac vice*.

      Signed: October 7, 2009

David C. Keesler
United States Magistrate Judge