IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-428-FDW-DCK

WILLIAM NORKUNAS,

    Plaintiff,

v.

CENTRO HERITAGE SPE 4, A Foreign
LLC, & CENTRO US MANAGEMENT
JOINT VENTURE 2,

    Defendants.

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*
OF JACK C. HSU

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Centro Heritage SPE 4 for admission *pro hac vice* of Jack C. Hsu, and it appearing to the Court under Local Rule 83.1(B) that Mr. Hsu should be admitted *pro hac vice* as representing Defendant Centro Heritage SPE 4.

**IT IS THEREFORE ORDERED** that the motion is granted and that Jack C. Hsu is admitted to practice before this Court *pro hac vice*.

Signed: December 7, 2009

David C. Keesler
United States Magistrate Judge